# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| HEIDI ROBERTSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:21-cv-01188-MHH-JHE |
| WARDEN CHAD GARRETT, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

Petitioner Heidi Robertson filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). On January 21, 2021, the Magistrate Judge recommended that the Court grant the respondent's motion to dismiss because Ms. Robertson did not exhaust her administrative remedies. (Docs. 6, 9). The magistrate judge advised the parties of their right to file specific objections within 14 days; the Court has not received objections.

Having reviewed the materials in the Court's electronic record, the Court adopts the Magistrate Judge's report and accepts his recommendation. By separate order, the Court will dismiss Ms. Robertson's petition without prejudice.

**DONE** and **ORDERED** this February 28, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE